# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Nancy Jane Scarnecchia**<br>     aka Nancy J. Scarnecchia<br>     aka Nancy Scarnecchia<br><br>                    **Debtor** | **BK NO. 18-02977 JJT**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing LLC as servicer for CSMC 2018-RPL1 Trust and index same on the master mailing list.

                                            Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          412-430-3594